THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **FORREST ROGERS,** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**NAVIENT SOLUTIONS, LLC**, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:20-cv-00276-TSE-MSN |

## MOTION TO STAY PROCEEDINGS PENDING
## SUPREME COURT'S DECISION IN *FACEBOOK INC. V. DUGUID*

Defendant Navient Solutions, LLC ("NSL") respectfully moves to stay all proceedings in this action pending the United States Supreme Court's decision in *Facebook, Inc. v. Duguid* (No. 19-511) ("*Facebook*"), in the event the Court denies NSL's pending Motion to Dismiss (ECF No. 16). The bases for this Motion are set forth in the Memorandum of Law being filed contemporaneously herewith.

WHEREFORE NSL respectfully requests that the Court grant the already fully briefed Motion to Dismiss or stay these proceedings pending a decision from the United States Supreme Court in *Facebook*.

Dated: July 24, 2020

Respectfully submitted,

NAVIENT SOLUTIONS, LLC

By Counsel

/s/ *Justin M. Sizemore*
Justin M. Sizemore (VSB #71859)
Travis A. Sabalewski (VSB No. 47368)
REED SMITH LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1900
Richmond, VA 23219-4068
Telephone:  (804) 344-3400
Facsimile:  (804) 344-3410
jsizemore@reedsmith.com
tsabalewski@reedsmith.com

*Counsel for Navient Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2020, I have electronically filed the foregoing using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

NAVIENT SOLUTIONS, LLC

By Counsel

/s/ *Justin M. Sizemore*
Justin M. Sizemore (VSB #71859)
REED SMITH LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1900
Richmond, VA 23219-4068
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
jsizemore@reedsmith.com

*Counsel for Navient Solutions, LLC*