**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

FORREST ROGERS, individually,
and on behalf of all others similarly situated,

       Plaintiff

v.                                                    Civil Action No. 1:20-cv-00276

NAVIENT SOLUTIONS, LLC,

       Defendant.

---

### NOTICE OF SETTLEMENT

---

      Plaintiff Forrest Rogers and Defendant Navient Solutions, LLC hereby notify the Court that they have reached a settlement of the above-captioned lawsuit on an individual basis.  The Parties anticipate that they will be submitting a stipulation of dismissal with prejudice of the individual claims of Plaintiff within 30 days.

Dated: November 16, 2021

FORREST ROGERS

*/s/ Gregory Y. Porter*
Gregory Y. Porter
BAILEY& GLASSER, LLP
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Phone 202.463.2101
Fax 202.463.2103.
gporter@baileyglasser.com

Maggie B. Burrus
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
Phone 304-345-6555
mburrus@baileyglasser.com

Katherine Charonko
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Phone 304-345-6555
Fax 304-342-1110
kcharonko@baileyglasser.com
*Admitted pro hac vice*

*Counsel for Plaintiff Forrest Rogers*

Respectfully submitted,

NAVIENT SOLUTIONS, LLC

*/s/ Travis A. Sabalewski*
Travis A. Sabalewski (VSB No. 47368)
Justin M. Sizemore (VSB No. 71859)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
Phone 703.720.8075
Fax 703.720.8610
travis.sabalewski@hklaw.com
justin.sizemore@hklaw.com

*Counsel for Defendant Navient Solutions, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 16th day of November, 2021, the foregoing was filed

electronically on the Court's CM/ECF system, which will transmit an electronic notice to all

counsel of record.

*/s/ Travis A. Sabalewski*
Travis A. Sabalewski
Counsel for Plaintiff

3