IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FORREST ROGERS,<br>    Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC.<br>    Defendant. | Civil Action No. 1:20-cv-276 |

## ORDER

The parties in this action under the Telephone Consumer Protection Act, 47 U.S.C. § 227, have filed notice that the parties have reached a settlement and plan to submit a stipulation of dismissal with prejudice. *See* Dkt. 75.

Accordingly,

It is hereby **ORDERED** that the Clerk of Court shall administratively close this case and place it among the ended causes.

It is further **ORDERED** that on or before **December 15, 2021** the parties shall file a joint stipulation of dismissal which dismisses Plaintiff's claim with prejudice without further order from this Court. If for some reason the parties ultimately do not satisfy the terms of the settlement, Plaintiff shall have until **December 30, 2021** to move to reopen this matter.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
November 17, 2021

/s/
T. S. Ellis, III
United States District Judge