IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FORREST ROGERS, individually,
and on behalf of all others similarly situated,

      Plaintiff

v.                                    Civil Action No. 1:20-cv-00276

NAVIENT SOLUTIONS, LLC,

      Defendant.

## STIPULATION OF DISMISSAL

Plaintiff Forrest Rogers, with the consent of Defendant Navient Solutions, LLC, hereby stipulates to the dismissal of his individual claims in the above-captioned action with prejudice and to dismissal of any remaining claims without prejudice, with both parties to bear their own fees and costs.

/s/ _____ 12/14/21
T. S. Ellis, III
United States District Judge

1

Dated: December 13, 2021

FORREST ROGERS

/s/ Gregory Y. Porter
Gregory Y. Porter
BAILEY& GLASSER, LLP
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Phone 202.463.2101
Fax 202.463.2103.
gporter@baileyglasser.com

Maggie B. Burrus
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
Phone 304-345-6555
mburrus@baileyglasser.com

Katherine Charonko
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Phone 304-345-6555
Fax 304-342-1110
kcharonko@baileyglasser.com
Admitted pro hac vice

Counsel for Plaintiff Forrest Rogers

Respectfully submitted,

NAVIENT SOLUTIONS, LLC

/s/ Travis A. Sabalewski
Travis A. Sabalewski (VSB No. 47368)
Justin M. Sizemore (VSB No. 71859)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard. Suite 1700
Tysons, Virginia 22102
Phone 703.720.8075
Fax 703.720.8610
travis.sabalewski@hklaw.com
justin.sizemore@hklaw.com

Counsel for Defendant Navient Solutions, LLC